Raymond W. HICKMAN, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 54781.

Missouri Court of Appeals,
Western District.

April 28, 1998.

Rosemary E. Percival, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jill C. LaHue, Asst. Atty. Gen., Jefferson City, for respondent.

Before ULRICH, C.J., and SMART and LAURA DENVIR STITH, JJ.

### ORDER

PER CURIAM.

Raymond Hickman appeals the dismissal of his Rule 24.035 motion for postconviction relief without an evidentiary hearing. Mr. Hickman sought to vacate his conviction for delivery of a controlled substance, section 195.211, RSMo 1994, and sentence of ten years imprisonment. The judgment of the motion court is affirmed. Rule 84.16(b).

Thomas E. BIBBS, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 55045.

Missouri Court of Appeals,
Western District.

April 28, 1998.

Andrew A. Schroeder, Asst. Public Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jill LaHue, Asst. Atty. Gen., Jefferson City, for respondent.

Before HANNA, P.J., and LAURA DENVIR STITH and EDWIN H. SMITH, JJ.

### ORDER

PER CURIAM.

Thomas E. Bibbs appeals from the denial of his Rule 24.035 motion to vacate the judgment convicting him of two counts of possessing a forging instrumentality (§ 570.100, RSMo 1994) and one count of forgery (§ 570.090, RSMo 1994). The motion court dismissed Bibbs' 24.035 motion to vacate judgment because Bibbs did not file his motion within the rule's 90–day deadline. The Supreme Court has repeatedly upheld the deadline. *Day v. State,* 770 S.W.2d 692, 695 (Mo. banc), *cert. denied,* 493 U.S. 866, 110 S.Ct. 186, 107 L.Ed.2d 141 (1989). Affirmed. Rule 84.16(b).